Order issued September 7 , 2012



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-12-00693-CR

### GEORGE THOMAS SHANNON, Appellant

### V.

### THE STATE OF TEXAS, Appellee

## ORDER

The Court **DENIES** as moot the State's August 31, 2012 motion to dismiss the appeal. The

Court dismissed the appeal for want of jurisdiction on August 28, 2012.

ELIZABETH LANG-MIERS
JUSTICE